IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  2:12-cr-04052-FJG-1 |
| | ) | |
| Warren Andre Washington, | ) | |
|     Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #18 filed on April 2, 2013), to which no objection has been filed, the plea of guilty to Counts 1 through 3 of the Indictment which was filed on October 3, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                            **/s/ Fernando J. Gaitan, Jr.**
                                                                            Fernando J. Gaitan, Jr.
                                                                            Chief United States District Judge

Dated:  April 25, 2013
Kansas City, Missouri